UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case No. 1:09-cr-42

v.

                                    HONORABLE PAUL L. MALONEY

GENYS MANUEL OROZCO-PEREZ,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Hugh W. Brenneman, Jr. in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt. #15) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count One of the Indictment.


Date: April 16, 2009                                    /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge